McGREGOR W. SCOTT
United States Attorney
QUINN HOCHHALTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00048-MCE |
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE AND ORDER |
| v. | DATE: April 12, 2018 |
| COREY JOHNSON, | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Morrison C. England, Jr. |

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for a status conference on April 12, 2018 at 10:00 a.m.
2. By this Stipulation, the parties now move to continue the status conference until May 31, 2018 at 10:00 a.m.
3. The parties jointly request additional time to allow defendant's counsel reasonable time necessary for preparation and further investigation, taking into account the exercise of due diligence.
4. Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).
5. Based on the foregoing, the parties agree time under the Speedy Trial Act should be excluded

STIPULATION CONTINUING STATUS
CONFERENCE AND [PROPOSED]ORDER

1

1      from the date of this order through and including May 31, 2018, pursuant to 18 U.S.C. §

2      3161(h)(7)(A) and Local Code T4 for reasonable time for effective preparation.

IT IS SO STIPULATED.

Dated: April 6, 2018                                   McGREGOR W. SCOTT
                                                          United States Attorney

                                        By:  /s/ QUINN HOCHHALTER
                                                 QUINN HOCHHALTER
                                                 Assistant United States Attorney


Dated: April 6, 2018                                   HEATHER E. WILLIAMS
                                                         Federal Defender

                                        By:  /s/ DOUGLAS J. BEEVERS
                                                 DOUGLAS J. BEEVERS
                                                 Assistant Federal Defender
                                                 Attorney for COREY JOHNSON

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny the parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders a status conference on May 31, 2018, at 10:00 a.m. Time from the date of this order up to and including May 31, 2018, shall be excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4.

IT IS SO ORDERED.

Dated: April 9, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE