McGREGOR W. SCOTT
United States Attorney
QUINN HOCHHALTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00048-MCE |
|---|---|
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE AND ORDER |
| v. | DATE: June 7, 2018 |
| COREY JOHNSON, | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Morrison C. England, Jr. |

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for a status conference on May 31, 2018 at 10:00 a.m.
2. On the Court's own motion the May 31, 2018 status conference was vacated and continued to June 7, 2018 at 10:00 a.m.
3. By this Stipulation, the parties now move to continue the status conference until June 14, 2018 at 10:00 a.m.
4. The parties jointly request additional time to allow defendant's counsel reasonable time necessary for preparation and further investigation, taking into account the exercise of due diligence.
5. Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the

STIPULATION CONTINUING STATUS
CONFERENCE AND ORDER

1

defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

6. Based on the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of this order through and including June 14, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 for reasonable time for effective preparation.

IT IS SO STIPULATED.

Dated: May 3, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ QUINN HOCHHALTER
QUINN HOCHHALTER
Assistant United States Attorney

Dated: May 3, 2018

HEATHER E. WILLIAMS
Federal Defender

By: /s/ DOUGLAS J. BEEVERS
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for COREY JOHNSON

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny the parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders a status conference on June 14, 2018, at 10:00 a.m. Time from the date of this order up to and including June 14, 2018, shall be excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4.

IT IS SO ORDERED.

Dated: May 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE