

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE MORRISON C. ENGLAND, JR.**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00048-MCE |
| Plaintiff, | |
| v | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| COREY JOHNSON, | |
| Defendant. | |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release COREY JOHNSON, No. 2:18-cr-00048-MCE, from custody for the following reasons:

| | |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| X | Other:  Pursuant to the Court's sentence of time served. |

Issued at Sacramento, California on October 11, 2018, at 11:20 a.m.

DATED:  October 11, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE