HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
COREY LEWIS JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:18-cr-00048-DC-1 |
| Plaintiff, | ) ) | STIPULATION TO MODIFY THE CONDITIONS OF SUPERVISED RELEASE; |
| v. | ) ) | ORDER |
| COREY LEWIS JOHNSON, | ) ) | |
| Defendants. | ) ) | Judge: Hon. Dena Coggins |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Corey Lewis Johnson, that defendant's conditions of supervised release be modified to add the following special condition:

Special Condition No. 9: You must participate in an inpatient substance abuse/alcohol abuse treatment program and follow the rules and regulations of that program, for a period of up to 90 days, and up to 10 additional days for substance abuse detoxification services if deemed necessary.  The probation officer, in consultation with the treatment provider, will supervise your participation in the program.

Stipulation and Order                                    -1-

As grounds for the modification, Defense states that Mr. Johnson has a severe drug addiction problem and all parties agree that a higher level of treatment is appropriate.


DATED: March 9, 2026

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for COREY LEWIS JOHNSON

DATED: March 9, 2026

ERIC GRANT
United States Attorney

*/s/ Justin Lee*
JUSTIN LEE
Assistant United States Attorney
Attorney for Plaintiff

Stipulation and Order                                    -2-

# O R D E R

**IT IS HEREBY ORDERED** that the Defendant's conditions of supervised release be modified to add the following condition:

Special Condition No. 9:

You must participate in an inpatient substance abuse/alcohol abuse treatment program and follow the rules and regulations of that program, for a period of up to 90 days, and up to 10 additional days for substance abuse detoxification services if deemed necessary.  The probation officer, in consultation with the treatment provider, will supervise your participation in the program.

IT IS SO ORDERED.

Dated:  **March 10, 2026**

_____
Dena Coggins
United States District Judge

Stipulation and Order                                              -3-