HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
COREY LEWIS JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:18-cr-00048-DC-1 |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE DISPOSITIONAL HEARING |
| v. | Date:  March 20, 2026 |
| COREY LEWIS JOHNSON, | Time:  9:30 a.m. |
| Defendants. | Judge: Hon. Dena Coggins |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Corey Lewis Johnson, that the disposition hearing previously set for March 20, 2026 be continued to April 10, 2026.

The defense requests continuance because U.S. Probation has secured defendant placement at WellSpace Health and the parties will file a stipulation requesting the release of defendant on March 24, 2026.  Defense counsel requests the extra time to allow Mr. Johnson to participate in treatment thereby allowing the Court to assess his progress at the time of hearing. The government does not object to the continuance.

//

//

Stipulation and ~~Proposed~~ Order                    -1-

DATED: March 6, 2026

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for COREY LEWIS JOHNSON

DATED: March 6, 2026

ERIC GRANT
United States Attorney

*/s/ Justin Lee*
JUSTIN LEE
Assistant United States Attorney
Attorney for Plaintiff

Stipulation and ~~Proposed~~ Order                    -2-

## ORDER

IT IS HEREBY ORDERED, the court, having received, read, and considered the parties' stipulation filed on March 6, 2026 (Doc. No. 47), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Revocation (Disposition) Hearing set for March 20, 2026, is VACATED and RESET for April 10, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

IT IS SO ORDERED.

Dated:    **March 10, 2026**

_____
Dena Coggins
United States District Judge

Stipulation and ~~Proposed~~ Order                                    -3-