HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
COREY LEWIS JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:18-cr-00048-DC-1 |
| Plaintiff, | STIPULATION FOR RELEASE OF PERSON IN CUSTODY; ORDER |
| v. | |
| COREY LEWIS JOHNSON, | |
| Defendants. | Judge: Hon. Dena Coggins |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Corey Lewis Johnson, that defendant may be released, pursuant to 18 U.S.C. §§ 3142 & 3143, from Butte County Jail to the inpatient drug treatment program at WellSpace Health on Tuesday, March 24, 2026 at 9:00 a.m. The factual and procedural basis for this stipulation is as follows:

On December 19, 2025 Defendant admitted charges 1 and 2 in the Violation Petion. (Dkt. 35)  Defense counsel advised the Court that the parties were trying to get defendant into a treatment program and the Court advised that if the parties could reach an agreement, they could submit a stipulation.

On March 6th, 2026, Supervising U.S. Probation Officer Shannon Morehouse advised counsel that WellSpace had a bed available for the defendant.  The parties therefore now file this stipulation for Mr. Johnson's release to the program.  The parties now agree and stipulate, with

Stipulation and Proposed Order                    -1-

the concurrence of the probation officer, that release is appropriate under 18 U.S.C. § 3142 and § 3143 to release Mr. Johnson in light of the availability of an in-patient drug treatment program.


DATED: March 19, 2026

                                Respectfully submitted,

                                HEATHER E. WILLIAMS
                                Federal Defender

                                */s/ Douglas J. Beevers*
                                DOUGLAS J. BEEVERS
                                Assistant Federal Defender
                                Attorney for COREY LEWIS JOHNSON

DATED: March 19, 2026               ERIC GRANT
                                United States Attorney

                                */s/ Justin Lee*
                                JUSTIN LEE
                                Assistant United States Attorney
                                Attorney for Plaintiff

**O R D E R**

**IT IS HEREBY ORDERED** that Corey Lewis Johnson be released from custody at 9:00 a.m. on March 24th, 2026.  Mr. Johnson shall report directly to the inpatient substance abuse treatment program at WellSpace Health immediately upon release to participate in treatment.


        IT IS SO ORDERED.

Dated:    **March 23, 2026**

_____
Dena Coggins
United States District Judge

Stipulation and Proposed Order                    -3-