HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
COREY LEWIS JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:18-cr-00048-DC-1 |
| Plaintiff, | STIPULATION TO CONTINUE DISPOSTION HEARING AND ORDER |
| v. | |
| COREY LEWIS JOHNSON, | |
| Defendants. | Judge: Hon. Dena Coggins |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Justin Lee, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Corey Lewis Johnson, that the hearing date set for disposition for violation of supervised released is to be continued to May 8, 2026.

As grounds for the modification, Defense states that Mr. Johnson entered into drug treatment on March 24, 2026 and the parties believe his performance there will be highly relevant to disposition.  The program has a 30 day period in which patients are expected to remain in the program 24-hours per day.

//

//

//

//

Stipulation and ~~Proposed~~ Order                    -1-

DATED: April 6, 2026

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Douglas J. Beevers
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for COREY LEWIS JOHNSON

DATED: April 6, 2026

ERIC GRANT
United States Attorney

/s/ Justin Lee
JUSTIN LEE
Assistant United States Attorney
Attorney for Plaintiff

Stipulation and ~~Proposed~~ Order

-2-

**O R D E R**

IT IS HEREBY ORDERED, the court, having received, read and considered the parties' stipulation filed on April 6, 2026 (Doc. No. 53), and good cause appearing therefrom, APPROVES the parties' request to continue the Revocation (Dispositional) Hearing. Accordingly, the Revocation (Dispositional) Hearing scheduled for April 10, 2026, is VACATED and RESET for May 8, 2026, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that any briefing the parties want the court to consider, shall be submitted no later than April 30, 2026 by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated:    **April 7, 2026**

_____
Dena Coggins
United States District Judge

Stipulation and ~~Proposed~~ Order                    -3-